UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CORY EDWARD FISHERMAN,<br><br>       Plaintiff,<br><br>v.<br><br>LT. ERIK RASMUSSEN, OFFICER JUSTIN WATRIN, AND JUSHUA BURDINE,<br><br>       Defendants. | Civil No. 12-2554 (JRT/JSM)<br><br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

_____

  Cory Edward Fisherman, 23336 North Street, Post Office Box 460, Redby, MN 56670, pro se plaintiff.

  Angela Behrens, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 900, St. Paul, MN 55101, for defendants.

  The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 11, 2013 [Docket No. 26]. No objections have been filed to that Report and Recommendation in the time period permitted.

  Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

  1. Defendants' Motion to Dismiss or for Summary Judgment [Docket No. 16] is **GRANTED**.

  2. Plaintiff's lawsuit is hereby dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 3, 2013
at Minneapolis, Minnesota.

                                         _____ s/John R. Tunheim _____
                                                JOHN R. TUNHEIM
                                           United States District Judge